IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND et al, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 19 CV 6284 |
| v. | ) ) | Judge Pacold |
| GOMEZ & SONS TRUCKING, INC. | ) ) | |
| Defendant. | ) | |

# Rule to Show Cause

WHEREAS, judgment was entered in this matter on May 27, 2021, in favor of the Plaintiffs against the Defendant; and

WHEREAS, a citation to discover assets was served upon the Defendant on September 1, 2021; and

WHEREAS, Michael Gomez failed to comply with that citation; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, it is hereby ordered that a Rule to Show Cause is issued against GOMEZ & SONS TRUCKING, INC., and that Michael Gomez is ordered to appear before this Honorable Court on May 3, 2022 at 9:30 a.m. in Courtroom 1425 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and show cause, if any there be, why he should not be held in contempt of this Court.

ENTERED:

/s/ Martha M. Pacold_____
THE HONORABLE JUDGE Martha Pacold
DATED: March 10, 2022_____