# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chauffeurs, Teamsers & Helpers Local Union No. 301 Health & Welfare Fund, The, et al.

        Plaintiff,

v.

        Case No.: 1:19–cv–06284

        Honorable Martha M. Pacold

Gomez & Sons Trucking Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2022:

    MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing held on 5/3/2022 and continued to 6/16/2022 at 9:00 a.m. Dial toll–free call–in number: (888) 684–8852; followed by the conference access code: 9482028#. Michael Gomez is ordered to appear to show cause, if any there be, why he should not be held in contempt of this Court. Plaintiff's counsel is directed to serve a copy of this order and the Rule to Show Cause Order on defendant and file a certificate of service on the docket. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.